# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SINGLETARY,<br><br>        Plaintiff,<br>v.<br><br>GARFIELD BEACH CVS, L.L.C., a<br>California Limited Liability Company, and<br>DOES 1 through 100, inclusive,<br><br>        Defendants. | Civil No.07cv1327 WQH (NLS)<br><br>**ORDER GRANTING SECOND JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND RELATED DATES**<br><br>[Doc. No. 8] |

The parties filed a second joint motion to continue the Early Neutral Evaluation (ENE) and related dates by 45 days. The Court had already granted the parties a continuance of the ENE so that they could engage in settlement discussions to arrive at a global resolution of the issues involved at all of Defendants' locations. The parties represent that they have arrived at an agreement as to injunctive relief and are working on an agreement as to monetary relief. For good cause shown, the Court **GRANTS** the motion and **ORDERS**:

1. The *telephonic* ENE scheduled for November 1, 2007 at 2:00 p.m. is **VACATED** and **RESET** for *November 26, 2007 at 2:30 p.m.*

2. No later than *November 5, 2007*, plaintiff's counsel shall serve and lodge with Magistrate Judge Stormes' chambers the statement explained in the Court's original ENE Order.

3. After service of plaintiff's statement and no later than *November 12, 2007*, counsel for the parties, and any unrepresented parties, *shall meet and confer in person at the subject*

1          *premises*.

2    4.    No later than *November 19, 2007*, counsel for all parties shall lodge with Magistrate Judge Stormes' chambers a **joint statement not in excess of two (2) pages**, certifying that the required in-person conference between counsel has taken place and setting forth the results of the meet and confer and the issues remaining to be discussed at the time of the ENE.

5. **The Court will not grant any more continuances of the ENE or related dates.**

6. All non-conflicting provisions of the Court's July 30, 2007 Order [Doc. No. 4] shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED: October 29, 2007

                             *[signature]*
                             Hon. Nita L. Stormes
                             U.S. Magistrate Judge