# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SINGLETARY,<br><br>                              Plaintiff,<br>  vs.<br>GARFIELD BEACH CVS, L.L.C., A California Limited Liability Company, and DOES 1 through 100, inclusive,<br><br>                              Defendants. | CASE NO. 07cv1327 WQH (NLS)<br><br>**ORDER** |

HAYES, Judge:

The joint motion of the parties to dismiss this action with prejudice as to all parties (Doc. # 11) is **GRANTED.**  The action is **DISMISSED with prejudice.**  Each party shall bear its own fees and costs.

DATED:  December 14, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge